United States District Court
Southern District of Texas
ENTERED
October 26, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DARIO EMILIO RODRIGUEZ AVILA,<br>Plaintiff, | §<br>§<br>§ | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-04330 |
| U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br>Defendants. | §<br>§<br>§<br>§ | |

## ORDER OF DISMISSAL

On September 30, 2026, the Plaintiff filed a Notice of Dismissal without prejudice (Dkt. 15) pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Accordingly, it is hereby **ORDERED** that all claims asserted against any party in the above-captioned lawsuit are hereby **DISMISSED WITHOUT PREJUDICE** to their being re-filed.

Each party shall bear its own attorneys' fees and costs.

**THIS IS A FINAL JUDGMENT.**

SIGNED at Houston, Texas on October 23, 2026.

George C. Hanks Jr.
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE